Aaron D. Ford, Esq. (Nevada Bar No. 7704)
Karl O. Riley, Esq. (Nevada Bar No. 12077)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: aford@swlaw.com
        kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. d/b/a*
*America's Servicing Company, sued here as America's*
*Servicing Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DYER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MORTGAGE NETWORK, INC., A DELAWARE CORPORATION; FIRST AMERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION, [MERS]; NATIONAL DEFAULT SERVICING CORPORATION; AMERICA'S SERVICING CORPORATION; LSI TITLE COMPANY; STANLEY S. SYLVA, individually; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action],<br><br>Defendants. | Case No. 3:11-cv-00172-RCJ-VPC<br><br>**STIPULATION AND ORDER GRANTING DISMISSAL OF CLAIMS AGAINST WELLS FARGO BANK, N.A., WITHOUT PREJUDICE AND ALL PREVIOUSLY DISMISSED CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Timothy Dyer ("Plaintiff"), and

Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as America's

Servicing Corporation ("Wells Fargo"), that:

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1.      The Parties stipulate to dismiss without prejudice Plaintiff's two remaining claims of wrongful foreclosure and quiet title asserted against any and all named Defendants within the Complaint, with each party to bear its own costs and attorney's fees;

2.      The Parties further stipulate that all previously-dismissed claims against any and all Defendants in this action are dismissed with prejudice;

3.      The Parties further stipulate that all pending deadlines and hearings shall be vacated;

4.      The Parties further stipulate that the following recorded documents are to be rescinded and expunged and the foreclosure process re-commenced pursuant to NRS 107.080:

- Notice of Default and Election to Sell Under Deed of Trust Important Notice, recorded with the Carson City Recorder on March 9, 2009 as Doc. No. 387405;
- Notice of Trustee's Sale, recorded with the Carson City Recorder on November 6, 2009 as Doc. No. 395183;
- Notice of Trustee's Sale, recorded with the Carson City Recorder on March 12, 2010 as Doc. No. 398755; and
- Notice of Trustee's Sale, recorded with the Carson City Recorder on November 1, 2010 as Doc. No. 405885.

5.      The parties further stipulate to release and expunge the Notice of Lis Pendens (the "Lis Pendens") recorded with the Carson City Recorder on December 2, 2010 as Doc. No. 406811, relating to this action (APN No. 007-564-21).

// //

// //

// //

// //

// //

// //

// //

// //

DATED this 31st day of May 2012.

LAW OFFICES OF RICK LAWTON, ESQ.

By:   */s/ Rick Lawton, Esq.*
    Rick Lawton, Esq.
    1460 Hwy 95A, North, Suite 1
    Fernley, NV 89408
    T: 775.575.2208
    lawtonrick@earthlink.net
    *Attorney for Plaintiff*

DATED this 31st day of May 2012.

SNELL & WILMER L.L.P.

By:   */s/ Aaron D. Ford, Esq.*
    Aaron D. Ford, Esq.
    Nevada Bar No. 7704
    Karl O. Riley, Esq.
    Nevada Bar No. 12077
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
    Telephone (702) 784-5200
    *Attorneys for Defendant Wells Fargo*
    *Bank, N.A. d/b/a America's Servicing*
    *Company, sued here as America's*
    *Servicing Corporation*

**ORDER**

IT IS ORDERED THAT Plaintiff's two remaining claims of wrongful foreclosure and quiet title asserted against any and all named Defendants within the Complaint are hereby dismissed without prejudice, with each party to bear its own costs and attorney's fees;

IT IS FURTHER ORDERED THAT all previously dismissed claims asserted against any and all Defendants in this action are dismissed with prejudice;

IT IS FURTHER ORDERED THAT all pending deadlines and hearings shall be vacated;

IT IS FURTHER ORDERED THAT the Notice of Default and Election to Sell Under Deed of Trust Important Notice recorded with the Carson City Recorder on March 9, 2009 as Doc. No. 387405 is rescinded and expunged;

IT IS FURTHER ORDERED THAT the Notice of Trustee's Sale recorded with the Carson City Recorder on November 6, 2009 as Doc. No. 395183 is rescinded and expunged;

IT IS FURTHER ORDERED THAT the Notice of Trustee's Sale recorded with the Carson City Recorder on March 12, 2010 as Doc. No. 398755 is rescinded and expunged;

IT IS FURTHER ORDERED THAT the Notice of Trustee's Sale recorded with the Carson City Recorder on November 1, 2010 as Doc. No. 405885 is rescinded and expunged;

IT IS FURTHER ORDERED that the Lis Pendens shall be CANCELLED, and this cancellation has the same effect as an expungement of the Lis Pendens recorded with the Carson

// //

// //

// //

// //

// //

// //

// //

// //

// //

// //

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  City Recorder on December 2, 2010 as Doc. No. 406811, relating to this action (APN No. 007-

2  564-21).

3  Dated this 12th day of June, 2012.

4

5  _____
   DISTRICT COURT JUDGE

6  SUBMITTED BY:

7     SNELL & WILMER L.L.P.

8

9

10 By:    /s/  Aaron D. Ford
   _____
   Aaron D. Ford, Esq. (Nevada Bar No. 7704)
11 Karl O. Riley, Esq. (Nevada Bar No. 12077)
   3883 Howard Hughes Parkway, Suite 1100
12 Las Vegas, NV  89169

13 *Attorneys for Defendant Wells Fargo Bank,*
   *N.A. d/b/a America's Servicing Company,*
14 *sued here as America's Servicing Corporation*

15 15142664

16

17

18

19

20

21

22

23

24

25

26

27

28